# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

MAURICE A WILLIAMS, *et al.*

      Plaintiffs,

  v.                                                                                              Civil Action No.: GJH-17-cv-01125

UNITED STATES OF AMERICA

      Defendant.


JULIA R. PEARCE,
      Plaintiff,

  v.                                                                                              Civil Action No.: GJH-17-cv-1816

UNITED STATES OF AMERICA

      Defendant.

\* \* \* \* \* \* \* \* \* \* \*

## JOINT MOTION TO MODIFY SCHEDULING ORDER

The Parties, Maurice Williams, *et al.*, Julia Pearce, and the United States of America, through undersigned counsel, respectfully move this honorable Court for an order modifying the current scheduling order in this case. This requested relief is appropriate to allow the Parties to complete discovery prior to submitting their pretrial motions.

Discovery continues to progress in this Federal Tort Claims Act case. Written discovery is complete. Depositions had just begun prior to the COVID-19 outbreak. Discovery stalled following the COVID-19 outbreak. Over the past month, the Parties have begun taking depositions remotely via Zoom. The government deposed Frederick Warrick and Charmaine Anthony, Plaintiffs, on November 5, 2020. Additional depositions of the decedent's children are scheduled for November 18, 2020. The Parties are continuing to confer on scheduling additional

fact-witness depositions. Thereafter, expert depositions will commence. The Parties are hopeful that an additional ninety (90) days will provide the time necessary to complete depositions. Accordingly, the Parties have agreed to request an updated Scheduling Order and, to that end, propose modification of the Scheduling Order as follows:

1. The discovery deadline and submission of status report (currently set for November 18, 2020) be reset to **February 18, 2021**;

3. The dispositive pretrial motions deadline (currently set for March 1, 2021) be reset to **May 1, 2021.**

WHEREFORE, the Parties respectfully submit that this Joint Motion to Modify Scheduling Order should be granted.

Respectfully submitted,

By: */s/ Salvatore J. Zambri*  
Salvatore J. Zambri  
Regan Zambri Long PLLC  
1919 M Street, NW, Suite 350  
Washington, DC 20036  
(202) 463-3030  
szambri@reganfirm.com

*Counsel for Plaintiff Pearce*

*/s/ Sarah A. Marquardt*  
Sarah A. Marquardt  
Assistant U.S. Attorney  
36 S. Charles St., 4th Floor  
Baltimore, MD 21201  
(410) 209-4800  
sarah.marquardt@usdoj.gov

*Counsel for United States of America*

*/s/Jon D. Pels*_____  
Jon D. Pels, Esq.  
4845 Rugby Avenue, Third Floor  
Bethesda, MD 20814  
301-986-5570  
jpels@pallaw.com

*Counsel for Plaintiff Williams, et al.*

**CERTIFICATE OF SERVICE**

I hereby certify that on the below-listed date I caused this document to be served to all counsel of record by means of the Court's Electronic Case Filing System.

<table>
<tr><td>November 18, 2020<br>Date</td><td>_____/S/_____<br>Sarah A. Marquardt</td></tr>
</table>